UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN M. BARR, JR., an individual, | Case No. 06-15661 |
| Plaintiff, | Hon. Avern Cohn, Judge |
| v | Hon. Virginia Morgan, Magistrate Judge |
| SELECT RIDE, INC, a Michigan corporation, | |
| Defendant. | |

| | |
|---|---|
| GUY T. CONTI  P-68889<br>Barr Anhut & Associates, P.C. (AF1001)<br>Attorneys for Plaintiff<br>105 Pearl Street<br>Ypsilanti, MI  48197<br>(734) 481-1234; fax 483-3871 | Select Ride, Inc.<br>2050 Commerce Blvd<br>Ann Arbor, MI 48103<br><br>(734) 274-2074 |

## DEFAULT JUDGMENT

At a session of this Court held on March 21, 2007, the Honorable Avern Cohn present, upon motion of the Plaintiff, all parties having proper notice and the Court being advised of the premises, it is hereby **ORDERED**:

Pursuant to FRCP 55(b)(2), Judgment is entered in favor of Plaintiff and against Defendant Select Ride, Inc. in the amount of $1,825.04, said amount comprised of actual damages, liquidated damages, attorney fees and costs.  Pre-judgment interest is waived but post-judgment interest will accrue.

Dated:  March 23, 2007

s/Avern Cohn
Avern Cohn
United States District Court Judge